# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jaime Vidal-Portillo**<br>DOB: 1985; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**16-03103MJ** |

Complaint for violation of Title 21, United States Code §§ 841 and 844(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>Count 1</u>: On or about June 16, 2016, at or near Nogales, in the District of Arizona, **Jaime Vidal-Portillo** did knowingly and intentionally possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

<u>Count 2</u>: On or about June 16, 2016, at or near Nogales, in District of Arizona, **Jaime Vidal-Portillo** did knowingly and intentionally possess a quantity of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 844(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On June 16, 2016, at approximately 8:41 a.m., Jaime Vidal-Portillo applied for admission into the United States from the Republic of Mexico via the Mariposa Port of Entry in Nogales, Arizona. Vidal-Portillo was the driver and sole occupant of a white 2003 Ford E-350 van bearing Mexican license plates. Vidal-Portillo and the vehicle were referred into secondary inspection by the primary U.S. Customs and Border Protection Officer due to discrepancies in his itinerary and anomalous behavior to include being overly talkative and responding to questions that were not asked. A drug detection canine alerted to the vehicle and a vehicle x-ray scan revealed anomalies. A total of 45 packages were discovered concealed within the driver-side wall of the vehicle. A representative sample of the bundles tested positive for the characteristics of marijuana. The total weight of the marijuana was 12.70 kilograms.

After waiving his Miranda rights, Vidal-Portillo stated that he was promised to be paid between $3,000 and $5,000 U.S.D. to transport the vehicle, laden with illegal drugs, to the Phoenix, Arizona area. Vidal-Portillo further stated that the individuals who recruited him gave him a cellular phone and were supposed to call him on that phone once he was in the Phoenix, Arizona area in order to give him further instructions and to reveal the drop-off location. Vidal-Portillo stated that he was never told by the unknown individuals the type of illegal drugs he was to smuggle; however, he suspected it was marijuana. Vidal-Portillo indicated that he had accepted the job to smuggle the illegal drugs into the United States due to financial necessity, as he had been unemployed for approximately two years.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

DETENTION REQUESTED
Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.
HHB/cp1
AUTHORIZED AUSA Heather H. Sechrist

SIGNATURE OF COMPLAINANT (official title)

OFFICIAL TITLE

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE |
|---|---|
| *Leslie A. Bowman* | June 17, 2016 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54